No. 00–7153.  JIMERSON v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–7154.  WELLS v. FLORIDA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–7157.  TWILLIE v. BRENNAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–7158.  TORRES v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7168.  ANDERSON v. CHRANS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–7171.  LEWIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–7178.  BAUMER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–7183.  D'AMBROSIO v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 00–7195.  RAY v. WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7203.  RAZOR v. CHANDLER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–7211.  ALCALA-SANCHEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7253.  KEEN v. ENSTAR NATURAL GAS CO.  C. A. 9th Cir.  Certiorari denied.

No. 00–7285.  SILKMAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–7288.  OLIVER v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  Commw. Ct. Pa.  Certiorari denied.